DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERROL FLYNN THAYSEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-4033

[ July 27, 2017 ]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312015CF001427A.

Errol Flynn Thaysen, Orlando, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Georgina Jiminez-Orosa, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN and KUNTZ, JJ., and CYNAMON, ABBY, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***